THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LADARRELE R. DIXON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIV-20-1038-R |
| | ) |
| LOVE'S TRAVEL SHOP | ) |
| COPPERATION OFFICE, ET AL., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Plaintiff filed this action appearing *pro se* asserting claims that he was subjected to discrimination in his employment. In conjunction therewith Mr. Dixon filed an Application for Leave to Proceed *In Forma Pauperis*. (Doc. No. 2) That motion was referred to United States Magistrate Judge Shon T. Erwin for review. On November 17, 2020, Judge Erwin issued a Report and Recommendation wherein he recommended that the case be dismissed because Plaintiff failed to file an amended application to remedy defects in his original motion as ordered by the Court on October 20, 2020. (Doc. Nos. 4 and 5). The record reflects that Plaintiff has not objected to the Report and Recommendation within the time limits prescribed therein nor sought an extension of time in which to object. Furthermore, Plaintiff has made no attempt to comply with Judge Erwin's order that he remedy his deficient motion. Accordingly, the Court hereby ADOPTS the Report and Recommendation and this case is hereby DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED** this 8th day of December 2020.

*David L. Russell*
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE